IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CHARLES GLAZE, | ) |
|     Plaintiff, | ) |
| v. | ) CV 304-064 |
| JOHNNA HALL, Nurse Milan State Prison, et al., | ) |
|     Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Deen and Onyekaba are **DISMISSED** without prejudice from this case. The Clerk of Court is **DIRECTED** to issue an appropriate Scheduling Notice.

SO ORDERED this ___ day of October, 2005.

JUDGE, UNITED STATES DISTRICT
SOUTHERN DISTRICT OF GEORGIA