IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

CHARLES GLAZE,                )
                              )
    Plaintiff,            )
                              )
v.                            )    CV 304-64
                              )
JOHNNA HALL,                  )
                              )
    Defendant.            )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Defendant's summary judgment motion is **GRANTED** and this case is **CLOSED**.

SO ORDERED this 15 day of February, 2006.

                                                    _____
                                                    JUDGE, UNITED STATES DISTRICT COURT
                                                    SOUTHERN DISTRICT OF GEORGIA